# U.S. District Court
# Northern District of Texas (Fort Worth)
# CIVIL DOCKET FOR CASE #: 4:17–cv–00858–O

| | |
|---|---|
| Uniloc USA Inc et al v. LG Electronics U.S.A., Inc. et al | Date Filed: 10/20/2017 |
| Assigned to: Judge Reed C. O'Connor | Jury Demand: Both |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Property Rights: Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Uniloc USA Inc**     represented by   **Edward R Nelson , III**
Nelson Bumgardner PC
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
817–377–9111
Fax: 817–377–3485
Email: ed@nelbum.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Aaron Seth Jacobs**
Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110
617–456–8000
Fax: 617–456–8100
Email: AJacobs@PrinceLobel.com
*Bar Status: Admitted/In Good Standing*

**Anthony M Vecchione**
Nelson Bumgardner Albritton P.C.
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
817–377–9111
Fax: 817–377–3485
Email: anthony@nbafirm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**James J Foster**
Prince Lobel Tye LLP
One International Place
Suite 3700
Boston, MA 02110
617–456–8000
Fax: 617–456–8100
Email: jfoster@princelobel.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Kevin Gannon**

Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110
617–456–8000
Fax: 617–456–8100
Email: kgannon@princelobel.com
*Bar Status: Admitted/In Good Standing*

**Michael Ercolini**
Prince Lobel TYE LLP
One International Place
Suite 3700
Boston, MA 02110
617–456–8000
*Bar Status: Not Admitted*

**Paul J Hayes**
Prince Lobel Tye LLP
One International Place
Suite 3700
Boston, MA 02110
*Bar Status: Not Admitted*

**Plaintiff**

| | | |
|---|---|---|
| **Uniloc Luxembourg SA** | represented by | **Edward R Nelson , III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |

**Aaron Seth Jacobs**
(See above for address)
*Bar Status: Admitted/In Good Standing*

**Anthony M Vecchione**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**James J Foster**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Kevin Gannon**
(See above for address)
*Bar Status: Admitted/In Good Standing*

**Michael Ercolini**
(See above for address)
*Bar Status: Not Admitted*

**Paul J Hayes**
(See above for address)

*Bar Status: Not Admitted*

V.

**Defendant**

| | | |
|---|---|---|
| **LG Electronics USA Inc** | represented by | **D Lane Fletcher** |

Henry Oddo Austin & Fletcher
1700 Pacific Ave
Suite 2700
Dallas, TX 75201
214–658–1900
Email: lanefletcher@hoaf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Anand K Sharma**
Finnegan Henderson Farabow Garrett & Dunner
901 New York Avenue NW
Washington, DC 20001–4413
202–408–4000
Fax: 214–408–4400
Email: parmanand.sharma@finnegan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Gerald F Ivey**
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue NW
Washington, DC 20001
202–408–4000
Fax: 202–408–4000
Email: gerald.ivey@finnegan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Joseph Preston Long**
Finnegan Henderson Farabow Garrett & Dunner
901 New York Avenue NW
Washington, DC 20001–4413
202–408–4000
Fax: 214–408–4400
Email: j.preston.long@finnegan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Minjae Kang**
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square

11955 Freedom Drive
Reston, VA 20190
571–203–2700
Fax: 571–203–2777
Email: minjae.kang@finnegan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Defendant**

**LG Electronics MobileComm USA Inc**  represented by  **D Lane Fletcher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Anand K Sharma**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Gerald F Ivey**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Joseph Preston Long**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Minjae Kang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Defendant**

**LG Electronics Inc**  represented by  **D Lane Fletcher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Anand K Sharma**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

|  |  |  |
|---|---|---|
|  |  | **Gerald F Ivey**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Not Admitted* |
|  |  | **Joseph Preston Long**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Not Admitted* |
|  |  | **Minjae Kang**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Not Admitted* |

**Counter Claimant**

| | | |
|---|---|---|
| **LG Electronics MobileComm USA Inc** | represented by | **D Lane Fletcher**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |
|  |  | **Anand K Sharma**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Not Admitted* |
|  |  | **Gerald F Ivey**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Not Admitted* |
|  |  | **Joseph Preston Long**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Not Admitted* |
|  |  | **Minjae Kang**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Not Admitted* |

**Counter Claimant**

| | | |
|---|---|---|
| **LG Electronics USA Inc** | represented by | **D Lane Fletcher**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |
|  |  | **Anand K Sharma** |

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Gerald F Ivey**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Joseph Preston Long**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Minjae Kang**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Counter Claimant**

**LG Electronics Inc**                represented by    **D Lane Fletcher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Anand K Sharma**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Gerald F Ivey**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Joseph Preston Long**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Minjae Kang**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

V.

**Counter Defendant**

**Uniloc Luxembourg SA**              represented by    **Edward R Nelson , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status: Admitted/In Good Standing*

**Aaron Seth Jacobs**
(See above for address)
*Bar Status: Admitted/In Good Standing*

**Anthony M Vecchione**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**James J Foster**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Kevin Gannon**
(See above for address)
*Bar Status: Admitted/In Good Standing*

**Michael Ercolini**
(See above for address)
*Bar Status: Not Admitted*

**Paul J Hayes**
(See above for address)
*Bar Status: Not Admitted*

**Counter Defendant**

**Uniloc USA Inc**  represented by  **Edward R Nelson , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Aaron Seth Jacobs**
(See above for address)
*Bar Status: Admitted/In Good Standing*

**Anthony M Vecchione**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**James J Foster**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Kevin Gannon**
(See above for address)
*Bar Status: Admitted/In Good Standing*

**Michael Ercolini**

(See above for address)
*Bar Status: Not Admitted*

**Paul J Hayes**
(See above for address)
*Bar Status: Not Admitted*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2017 | Ï 1 | COMPLAINT WITH JURY DEMAND against LG Electronics Inc, LG Electronics MobileComm U.S.A. Inc, LG Electronics U.S.A., Inc. filed by Uniloc USA Inc, Uniloc Luxembourg S A. (Filing fee $400; Receipt number 0539–8753856) Clerk to issue summons(es). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Cover Sheet Civil Cover Sheet, # 2 Exhibit(s) A – U.S. Patent 6,580,422) (Nelson, Edward) (Entered: 10/20/2017) |
| 10/20/2017 | Ï 2 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Uniloc Luxembourg S A, Uniloc USA Inc. (Nelson, Edward) (Entered: 10/20/2017) |
| 10/20/2017 | Ï 3 | New Case Notes: A filing fee has been paid. File to: Judge Means. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge. Clerk to provide copy to plaintiff if not received electronically. (bdb) (Entered: 10/20/2017) |
| 10/20/2017 | Ï 4 | Summons Issued as to LG Electronics Inc, LG Electronics MobileComm U.S.A. Inc, LG Electronics U.S.A., Inc. (bdb) (Entered: 10/20/2017) |
| 10/20/2017 | Ï 5 | Report to Patent Office of Initiating Document. Form AO 120 e–mailed to notice_of_suit@uspto.gov. (bdb) (Entered: 10/20/2017) |
| 10/25/2017 | Ï 6 | ORDER FOR REASSIGNMENT... The undersigned judge, having taken senior status, desires to have this case re–assigned to an active–status judge. The clerk of the Court is therefore DIRECTED to re–assign this case by random draw to another judge. Case reassigned to Judge Reed C. O'Connor for all further proceedings. Senior Judge Terry R Means no longer assigned to case. (Ordered by Senior Judge Terry R Means on 10/25/2017) (wxc) (Entered: 10/25/2017) |
| 11/02/2017 | Ï 7 | SUMMONS Returned Executed as to LG Electronics Inc ; served on 10/26/2017. (Vecchione, Anthony) (Entered: 11/02/2017) |
| 11/02/2017 | Ï 8 | SUMMONS Returned Executed as to LG Electronics MobileComm U.S.A. Inc ; served on 10/26/2017. (Vecchione, Anthony) (Entered: 11/02/2017) |
| 11/07/2017 | Ï 9 | Agreed Motion for Extension of Time to File Answer filed by LG Electronics Inc, LG Electronics MobileComm U.S.A. Inc, LG Electronics U.S.A., Inc. Attorney D Lane Fletcher added to party LG Electronics Inc(pty:dft), Attorney D Lane Fletcher added to party LG Electronics MobileComm U.S.A. Inc(pty:dft), Attorney D Lane Fletcher added to party LG Electronics U.S.A., Inc.(pty:dft) (Fletcher, D) (Entered: 11/07/2017) |
| 11/08/2017 | Ï 10 | ORDER GRANTING DEFENDANTS' AGREED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' ORIGINAL COMPLAINTS FOR PATENT INFRINGEMENT: The Court hereby ORDERS that Defendants deadline to move, answer or otherwise respond to Plaintiffs' Original Complaints for Patent Infringement in Civil Action Nos. 4:17–cv–825–O, |

| | | |
|---|---|---|
| | | 4:17–cv–826–O, 4:17–cv–827–O, 4:17–cv–828–O, 4:17–cv–829–O, 4:17–cv–830–O, 4:17–cv–832–O, and 4:17–cv–858–O is extended to and includes January 15, 2018. (Ordered by Judge Reed C. O'Connor on 11/8/2017) (skg) (Entered: 11/08/2017) |
| 01/15/2018 | Ï 11 | Motion to Dismiss for Failure to State a Claim filed by LG Electronics Inc, LG Electronics MobileComm U.S.A. Inc, LG Electronics U.S.A., Inc. with Brief/Memorandum in Support. (Attachments: # 1 Appendix) (Fletcher, D) (Entered: 01/15/2018) |
| 01/16/2018 | Ï 12 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by LG Electronics Inc, LG Electronics MobileComm U.S.A. Inc, LG Electronics U.S.A., Inc. identifying Corporate Parent/Other Affiliate LG Corporation for LG Electronics Inc; Corporate Parent/Other Affiliate LG Electronics, Inc. for LG Electronics U.S.A., Inc.; Corporate Parent/Other Affiliate LG Electronics U.S.A., Inc. for LG Electronics MobileComm U.S.A. Inc. (Fletcher, D) (Entered: 01/16/2018) |
| 01/23/2018 | Ï 13 | ORDER REQUIRING SCHEDULING CONFERENCE AND REPORT FOR CONTENTS OF SCHEDULING ORDER: The Joint Report shall be filed on or before February 20, 2018. (Ordered by Judge Reed C. O'Connor on 1/23/2018) (skg) (Entered: 01/23/2018) |
| 02/05/2018 | Ï 14 | AMENDED COMPLAINT against LG Electronics Inc, LG Electronics MobileComm U.S.A. Inc, LG Electronics U.S.A., Inc. filed by Uniloc USA Inc, Uniloc Luxembourg S A. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Exhibit 1) (Foster, James) (Entered: 02/05/2018) |
| 02/08/2018 | Ï 15 | NOTICE of *MOTION FOR TRANSFER OF ACTIONS* filed by Uniloc Luxembourg S A, Uniloc USA Inc (Attachments: # 1 Attachment) (Jacobs, Aaron) (Entered: 02/08/2018) |
| 02/13/2018 | Ï 16 | Unopposed Motion for Extension of Time to File Answer *to Plaintiffs' Amended Complaints for Patent Infringement and Serve Initial Disclosures* filed by LG Electronics Inc, LG Electronics MobileComm U.S.A. Inc, LG Electronics U.S.A., Inc. (Fletcher, D) (Entered: 02/13/2018) |
| 02/14/2018 | Ï 17 | ORDER granting 16 Motion for Extension of Time to File Answer All Defendants. Answer deadline: March 5, 2018. (Ordered by Judge Reed C. O'Connor on 2/14/2018) (skg) (Entered: 02/14/2018) |
| 02/20/2018 | Ï 18 | Joint STATUS REPORT filed by Uniloc Luxembourg S A, Uniloc USA Inc. (Attachments: # 1 Exhibit(s) A) (Gannon, Kevin) (Entered: 02/20/2018) |
| 02/22/2018 | Ï 19 | MOTION to Transfer Case out of District/Division filed by LG Electronics Inc, LG Electronics MobileComm U.S.A. Inc, LG Electronics U.S.A., Inc. with Brief/Memorandum in Support. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9) (Fletcher, D) (Entered: 02/22/2018) |
| 02/22/2018 | Ï 20 | Appendix in Support filed by LG Electronics Inc, LG Electronics MobileComm U.S.A. Inc, LG Electronics U.S.A., Inc. re 19 MOTION to Transfer Case out of District/Division (Attachments: # 1 Appendix Pages 001–368) (Fletcher, D) (Entered: 02/22/2018) |
| 03/05/2018 | Ï 21 | ANSWER to 14 Amended Complaint,, with Jury Demand filed by LG Electronics MobileComm U.S.A. Inc, LG Electronics U.S.A., Inc., LG Electronics Inc. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge., COUNTERCLAIM against Uniloc Luxembourg S A, Uniloc USA Inc filed by LG Electronics MobileComm U.S.A. Inc, LG Electronics U.S.A., |

| | | |
|---|---|---|
| | | Inc., LG Electronics Inc (Fletcher, D) (Entered: 03/05/2018) |
| 03/13/2018 | Ï 22 | MOTION for Extension of Time to File Response/Reply to 19 MOTION to Transfer Case out of District/Division filed by Uniloc USA Inc (Attachments: # 1 Proposed Order) (Gannon, Kevin) (Entered: 03/13/2018) |
| 03/14/2018 | Ï 23 | ORDER granting 22 Motion to Extend Time to File Response/Reply. Responses due by 3/16/2018. (Ordered by Judge Reed C. O'Connor on 3/14/2018) (skg) (Entered: 03/15/2018) |
| 03/16/2018 | Ï 24 | RESPONSE AND OBJECTION filed by Uniloc Luxembourg SA, Uniloc USA Inc re: 19 MOTION to Transfer Case out of District/Division (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10, # 11 Attachment 11, # 12 Attachment 12, # 13 Attachment 13, # 14 Attachment 14, # 15 Attachment 15, # 16 Attachment 16, # 17 Attachment 17, # 18 Attachment 18, # 19 Attachment 19, # 20 Attachment 20, # 21 Attachment 21, # 22 Attachment 22, # 23 Attachment 23, # 24 Proposed Order) (Gannon, Kevin) (Entered: 03/16/2018) |
| 03/16/2018 | Ï 25 | Appendix in Support filed by Uniloc Luxembourg SA, Uniloc USA Inc re 24 Response/Objection,, (Attachments: # 1 Appendix Pages) (Gannon, Kevin) (Entered: 03/16/2018) |
| 03/26/2018 | Ï 26 | ANSWER to Counterclaim filed by Uniloc Luxembourg SA, Uniloc USA Inc. Related document: 21 Answer to Amended Complaint,,,, Counterclaim,,, (Gannon, Kevin) (Entered: 03/26/2018) |
| 03/28/2018 | Ï 27 | REPLY filed by LG Electronics Inc, LG Electronics MobileComm USA Inc, LG Electronics USA Inc re: 19 MOTION to Transfer Case out of District/Division (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10) (Fletcher, D) (Entered: 03/28/2018) |
| 03/28/2018 | Ï 28 | Appendix in Support filed by LG Electronics Inc, LG Electronics MobileComm USA Inc, LG Electronics USA Inc re 27 Reply, *in Support of Motion to Transfer* (Attachments: # 1 Appendix Pages 001–067) (Fletcher, D) (Entered: 03/28/2018) |
| 04/11/2018 | Ï 29 | NOTICE of *U.S. Judicial Panel on Multidistrict Litigation's Order Denying Plaintiffs' Motion for Transfer of Actions to the Northern District of Texas Pursuant to 28 U.S.C. Section 1407* re: 15 Notice (Other) filed by LG Electronics Inc, LG Electronics MobileComm USA Inc, LG Electronics USA Inc (Attachments: # 1 Exhibit A) (Fletcher, D) (Entered: 04/11/2018) |
| 05/14/2018 | Ï 30 | ORDER: For the foregoing reasons, Defendants' request to transfer these cases is GRANTED. Therefore, the above styled and numbered cases, see supra n.2, are TRANSFERRED to the Northern District of California pursuant to 28 U.S.C. § 1404(a). (Ordered by Judge Reed C. O'Connor on 5/14/2018) (skg) (Entered: 05/14/2018) |